# NO. 12-08-00037-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LISA C. MCDONALD, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ROBERT M. MCDONALD, DECEASED, APPELLANT* | *§* | *APPEAL FROM THE 273RD* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT OF* |
| *FARMERS STATE BANK, APPELLEE* | *§* | *SHELBY COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant and Appellee have filed a joint motion to dismiss this appeal. In their motion, the parties state that they have reached a resolution of this dispute and no longer wish to pursue the appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***.

Opinion delivered December 10, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)